# Arkansas Secretary of State
## Mark Martin

State Capitol Building ♦ Little Rock, Arkansas 72201-1094 ♦ 501.682.3409

## CERTIFICATE OF NO RECORD

I, Mark Martin, Arkansas Secretary of State of the State of Arkansas, and as such, keeper of the records of domestic and foreign corporations, do hereby certify that a diligent search of the records of this office reveals no record of a domestic or foreign corporation, professional corporation, professional association, limited partnership, limited liability company on file in this office with the name

## YELL STEEL ENTERPRISES, INC.

It is further certified that a diligent search of the records of this office reveals no record of a fictitious name certificate on file, bearing the fictitious name

## YELL STEEL ENTERPRISES, INC.

The following corporations, limited partnerships or limited liability companies with similar names were revealed by the search:

**In Testimony Whereof,** I have hereunto set my hand and affixed my official Seal. Done at my office in the City of Little Rock, this 25th day of January, 2018.

*Mark Martin*

Mark Martin

Arkansas Secretary of State

By: _____

Travonte Stinson