---------- Forwarded message ---------
From: <stuart@ysgusa.com>
Date: Tue, Aug 6, 2013 at 3:15 PM
Subject: 2014/ 15 Budgets and Compensation
To: Terru Miller <terri@ysgusa.com>


Terri

Here you go. Please call to discuss.

Stuart

TERRI COMPENSATION

| 2014/2015 | BASE | VOLUME low | VOLUME high | BONUS% | BONUS $ | TOTAL | | PROJECTED 2014 SALES | $ | UNITS | AV PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| a | $ 130,000.00 | $- | $ 19,999,999.00 | - | $- | $ 130,000.00 | | | | | |
| b | $ 130,000.00 | $ 20,000,000.00 | $ 24,999,999.00 | 20% | $ 26,000.00 | $ 156,000.00 | | CORE BOXER'S + FASHION | $ 9,300,000.00 | 2,000,000.00 | $ 4.65 |
| c | $ 130,000.00 | $ 25,000,000.00 | $ 29,999,999.00 | 40% | $ 52,000.00 | $ 182,000.00 | | POLO'S | $ 3,200,000.00 | 425,000.00 | $ 7.53 |
| d | $ 130,000.00 | $ 30,000,000.00 | $ 34,999,999.00 | 60% | $ 78,000.00 | $ 208,000.00 | | INTERLOCK SHORT | $ 9,900,000.00 | 2,200,000.00 | $ 4.50 |
| e | $ 130,000.00 | $ 35,000,000.00 | $ 39,999,999.00 | 80% | $ 104,000.00 | $ 234,000.00 | | SHOOTER | $ 2,250,000.00 | 600,000.00 | $ 3.75 |
| f | $ 130,000.00 | $ 40,000,000.00 | $ 44,999,999.00 | 100% | $ 130,000.00 | $ 260,000.00 | | MOSSY OAK COMP | $ 2,100,000.00 | 400,000.00 | $ 5.25 |
| g | $ 130,000.00 | $ 45,000,000.00 | $ 49,999,999.00 | 135% | $ 175,500.00 | $ 305,500.00 | | COMP PANT | $ 1,050,000.00 | 205,000.00 | $ 5.12 |
| h | $ 130,000.00 | $ 50,000,000.00 | plus | 150% | $ 195,000.00 | $ 325,000.00 | | COLD GEAR + MO | $ 3,750,000.00 | 500,000.00 | $ 7.50 |
| | | | | | | | | MICL | $ 2,000,000.00 | 420,000.00 | $ 4.76 |
| | | | | | | | | | | | |
| | | | | | | | | TOTAL | $ 33,550,000.00 | 6,750,000.00 | $ 5.38 |

| c Income | SALES | ARK OFFICES EXPENSES | | | | TOTAL |
|---|---|---|---|---|---|---|
| | 25-29.9 million | Terri | $ 182,000.00 | YSGUSA OFFICE EXP | $ 404,000.00 | |
| | | John | $ 78,000.00 | | | |
| | | Designer | $ 55,000.00 | TERRI 2012 SAL | $ 96,000.00 | |
| | | Rent | $ 13,200.00 | | | |
| | | Utilities | $ - | | | |
| | | Samples | $ 4,000.00 | | | |
| | | Travel / hotel | $ 5,000.00 | | | |
| | | Office Equipment | $ 10,000.00 | | | |
| | | Insurance | $ 1,500.00 | | | |
| | | Miclaneous | $ 5,000.00 | | | |
| | | Acc/ bookkeeping | | | | |
| | | TOTAL | $ 353,700.00 | | $ 308,000.00 | $ 661,700.00 |

| d income | 30-34.million | ARK OFFICES EXPENSES | | YSGUSA OFFICE EXP | $ 404,000.00 | |
|---|---|---|---|---|---|---|
| | | Terri | $ 208,000.00 | | | |
| | | John | $ 78,000.00 | TERRI 2012 SAL | $ 96,000.00 | |
| | | Designer | $ 55,000.00 | | | |
| | | Rent | $ 13,200.00 | | | |
| | | Utilities | $- | | | |
| | | Samples | $ 4,000.00 | | | |
| | | Travel / hotel | $ 5,000.00 | | | |
| | | Office Equipment | $ 10,000.00 | | | |
| | | Insurance | $ 1,500.00 | | | |
| | | Miclaneous | $ 5,000.00 | | | |
| | | Acc/ bookkeeping | | | | |
| | | TOTAL | $ 379,700.00 | | $ 308,000.00 | $ 687,700.00 |